IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES JOHNSON
#12406                                                                                          PLAINTIFF

v.                                      No. 3:23-cv-33-DPM

PATRICK WASHINGTON, C.I.D.
Det., Osceola Police Department;
RONNIE WILLIAM, C.I.D., Det.,
Osceola Police Department;
CHRISTION DEAN, Police Officer,
Osceola Police Department                                                          DEFENDANTS

ORDER

Johnson hasn't moved to lift the stay; and the time to do so has passed. *Doc. 4*. His mail is being returned. *Doc. 5*. The Court therefore lifts the stay to dismiss this case without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

1 April 2024