IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES JOHNSON
#12406                                                               PLAINTIFF

v.                              No. 3:23-cv-33-DPM

PATRICK WASHINGTON, C.I.D.
Det., Osceola Police Department;
RONNIE WILLIAM, C.I.D., Det.,
Osceola Police Department;
CHRISTION DEAN, Police Officer,
Osceola Police Department                                            DEFENDANTS

JUDGMENT

Johnson's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

1 April 2024